STATE of Missouri, Respondent,

v.

James E. PROPHETER, Appellant.

Nos. WD 50159, WD 53477.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Emmett D. Queener, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

### ORDER

PER CURIAM.

James E. Propheter appeals the judgment of conviction and sentence for first-degree murder, § 565.020.1, and the denial of his Rule 29.15 motion for post-conviction relief.

The conviction and sentence are affirmed. Rule 30.25(b). The appeal of the denial of his Rule 29.15 motion is dismissed. Rule 84.08.